IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY LUCIER, | No. 09-00657 CW |
|     Plaintiff, | ORDER OF DISMISSAL |
|   v. | |
| UNITED STATES POSTAL SERVICE, | |
|     Defendant. / | |

    On February 18, 2009, Defendant filed a Motion to Dismiss Pursuant to Federal Rule of Civil Procedure 12(b)(1). On March 6, 2009, a Clerk's Notice Taking Motion Under Submission was issued, wherein the hearing previously scheduled for March 26, 2009, was vacated, the motion was taken under submission on the papers, and Plaintiff was given additional time until March 19, 2009, to file a written opposition to the motion. Plaintiff was cautioned that failure to timely file a written opposition may result in dismissal of this action for failure to prosecute. The time to file an opposition to the motion has passed, and Plaintiff has not filed any opposition to the motion to dismiss. Accordingly,

    IT IS HEREBY ORDERED that the above-captioned case is dismissed without prejudice for failure to prosecute.

Dated   3/23/09

CLAUDIA WILKEN
United States District Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

LUCIER et al,

        Plaintiff,

v.

UNITED STATES POSTAL SERVICE et al,

        Defendant.

Case Number: CV09-00657 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 23, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Timothy Lucier
2729 Lombard Street, #7
San Francisco, CA 94123

Dated: March 23, 2009

Richard W. Wieking, Clerk
By: Sheilah Cahill, Deputy Clerk

2