1 | JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney
2 | JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
3 | MELISSA K. BROWN (CSBN 203307)
Assistant United States Attorney
4
 | 450 Golden Gate Avenue, Box 36055
5 | San Francisco, California 94102-3495
Telephone: (415) 436-6962
6 | FAX: (415) 436-6748
melissa.k.brown@usdoj.gov
7
 | Attorneys for Defendant
8

9 | UNITED STATES DISTRICT COURT

10 | NORTHERN DISTRICT OF CALIFORNIA

11 | OAKLAND DIVISION

12

13 | TIMOTHY LUCIER,                )   No.  C-09-00657 CW
                                  )
14 |        Plaintiff,             )   **STIPULATION OF DISMISSAL OF**
                                  )   **ACTION WITHOUT PREJUDICE AND**
15 |   v.                          )   ~~[PROPOSED]~~ **ORDER**
                                  )
16 | UNITED STATES POSTAL SERVICE  )
                                  )
17 |        Defendant.             )
                                  )
18                                 )
                                  )
19 | _____)

20 | **TO THE CLERK OF THE COURT:**

21 |        The parties, plaintiff Timothy Lucier Pro se and the defendant United States Postal

22 | service by and through the undersigned counsel hereby stipulate and agree to the following:

23 |        WHEREAS, on January 8, 2009, Plaintiff filed an action in the Small Claims Division of

24 | San Francisco Superior Court;

25 |        WHEREAS, the defendant the United States Postal Service removed the action to federal

26 | court on February 13, 2009;

27 |        WHEREAS, Plaintiff's administrative claim with the United States Postal Service was

28

STIPULATION OF DISMISSAL WITHOUT PREJUDICE AND [PROPOSED] ORDER
Case No C-09-00657 CW

1  not filed until February 12, 2009;

2  WHEREAS, the defendant the United States Postal Service filed a motion to dismiss the

3  above-captioned action due to lack of subject-matter jurisdiction because Plaintiff failed to

4  exhaust his administrative remedies on February 18, 2009 and noticed the hearing on the motion

5  for March 26, 2009;

6  WHEREAS, on March 6, 2009, the Court issued an Order vacating the hearing date and

7  taking the motion under submission;

8  WHEREAS, the defendant the United States Postal Service is still in the process of

9  evaluating Plaintiff's administrative claim and has not issued a decision;

10  WHERE AS Plaintiff, voluntarily requests and stipulates that the Court dismiss this entire

11  action and all causes of action without prejudice so the Plaintiff can pursue his administrative

12  claim.

13  The parties hereby agree and stipulate as follows:

14  The above-captioned action should be dismissed without prejudice.  The defendant's

15  Motion to Dismiss should be removed from the calendar.

16
DATED: March 23, 2009

17
Respectfully submitted,
JOSEPH P. RUSSONIELLO
United States Attorney

18

19

20
MELISSA. K .BROWN
Assistant United States Attorney

21

22  DATED: March 19, 2009

23

24  TIMOTHY LUCIER

25  TIMOTHY LUCIER, Pro Se

26

27

28

STIPULATION OF DISMISSAL WITHOUT PREJUDICE AND [PROPOSED] ORDER
Case No C-09-00657 CW

2

1

**[PROPOSED] ORDER**

2

The Stipulation of Dismissal WITHOUT prejudice is granted and the action is dismissed.

3

The defendant's Motion to Dismiss will be removed from the calendar.

4

5

6

IT IS SO ORDERED:

7

8

9

10

DATED:_____3/25/09_____

_____

11

CLAUDIA WILKEN

12

United States District Court Judge

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION OF DISMISSAL WITHOUT PREJUDICE AND [PROPOSED] ORDER
Case No C-09-00657 CW